B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Edward Hines Lumber Co. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>EHLCO Wholesale Chicago,<br>North Chicago Lumber Co.<br>Liberty Kitchen & Designs<br>Muench Woodworking |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>36-3388591 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1000 Corporate Grove Drive<br>Buffalo Grove, IL | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Lake<br>ZIP CODE 60089 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Edward Hines Lumber

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ , Vice President<br>Signature of Petitioner or Representative (State title)<br>Cook County Lumber Co.<br>Name of Petitioner        Date Signed 3/12/2010<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>R. Scott Palmer<br>200 East 130th St.<br>Chicago, IL 60628 | x _[signature]_  3/15/10<br>Signature of Attorney        Date<br>Shumaker, Loop & Kendrick, LLP<br>Name of Attorney Firm (If any)<br>128 S. Tryon St., Suite 1800, Charlotte, NC 28202<br>Address<br>(704) 375-0057<br>Telephone No. |
| x _[signature]_ , Vice President<br>Signature of Petitioner or Representative (State title)<br>Robbins Manufacturing Co.<br>Name of Petitioner        Date Signed 3/15/2010<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Greg Hellman<br>13001 N. Nebraska Ave.<br>Tampa, FL 33612 | x _[signature]_  3/15/10<br>Signature of Attorney        Date<br>Shumaker, Loop & Kendrick, LLP<br>Name of Attorney Firm (If any)<br>128 S. Tryon St., Suite 1800, Charlotte, NC 28202<br>Address<br>(704) 375-0057<br>Telephone No. |
| x _____, President<br>Signature of Petitioner or Representative (State title)<br>Tempo Wood Products, Inc.<br>Name of Petitioner        Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Steve Kannaka<br>110 Brennan Dr.<br>Kirkland, IL 60146 | x _____<br>Signature of Attorney        Date<br>Shumaker, Loop & Kendrick, LLP<br>Name of Attorney Firm (If any)<br>128 S. Tryon St., Suite 1800, Charlotte, NC 28202<br>Address<br>(704) 375-0057<br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Cook County Lumber Co. (address above) | Goods Sold | 109,108.54 |
| Robbins Manufacturing Co. (address above) | Goods Sold | 106,996.74 |
| Tempo Wood Products, Inc. (address above) | Goods Sold | 104,079.63 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

1 continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                          Name of Debtor  Edward Hines Lumber

                                                                Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____, Vice President<br>Signature of Petitioner or Representative (State title)<br>Cook County Lumber Co.<br>Name of Petitioner                         Date Signed<br><br>Name & Mailing           R. Scott Palmer<br>Address of Individual    200 East 130th St.<br>Signing in Representative  Chicago, IL 60628<br>Capacity | x_____                    Date<br>Signature of Attorney<br>Shumaker, Loop & Kendrick, LLP<br>Name of Attorney Firm (If any)<br>128 S. Tryon St., Suite 1800, Charlotte, NC 28202<br>Address<br>(704) 375-0057<br>Telephone No. |
| x_____, Vice President<br>Signature of Petitioner or Representative (State title)<br>Robbins Manufacturing Co.<br>Name of Petitioner                         Date Signed<br><br>Name & Mailing           Greg Hellman<br>Address of Individual    13001 N. Nebraska Ave.<br>Signing in Representative  Tampa, FL 33612<br>Capacity | x_____                    Date<br>Signature of Attorney<br>Shumaker, Loop & Kendrick, LLP<br>Name of Attorney Firm (If any)<br>128 S. Tryon St., Suite 1800, Charlotte, NC 28202<br>Address<br>(704) 375-0057<br>Telephone No. |
| x /s/ Steve Kannaka, President<br>Signature of Petitioner or Representative (State title)<br>Tempo Wood Products, Inc.         3/13/10<br>Name of Petitioner                         Date Signed<br><br>Name & Mailing           Steve Kannaka<br>Address of Individual    110 Brennan Dr.<br>Signing in Representative  Kirkland, IL 60146<br>Capacity | x /s/_____  3/15/10<br>Signature of Attorney              Date<br>Shumaker, Loop & Kendrick, LLP<br>Name of Attorney Firm (If any)<br>128 S. Tryon St., Suite 1800, Charlotte, NC 28202<br>Address<br>(704) 375-0057<br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Cook County Lumber Co. (address above) | Nature of Claim<br>Goods Sold | Amount of Claim<br>109,108.54 |
| Name and Address of Petitioner<br>Robbins Manufacturing Co. (address above) | Nature of Claim<br>Goods Sold | Amount of Claim<br>106,996.74 |
| Name and Address of Petitioner<br>Tempo Wood Products, Inc. (address above) | Nature of Claim<br>Goods Sold | Amount of Claim<br>104,079.63 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners'<br>Claims |

_1_ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Edward Hines Lumber__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_, President  
Signature of Petitioner or Representative (State title)  
Humax Lumber, Inc.  
Name of Petitioner     Date Signed 3/15/10

Name & Mailing Address of Individual Signing in Representative Capacity:  
Robert Hoyt  
24490 S. Skylane Dr.  
Canby, OR 97013

x _[signature]_ 3/5/10  
Signature of Attorney     Date  
Shumaker, Loop & Kendrick, LLP  
Name of Attorney Firm (If any)  
128 S. Tryon St., Suite 1800, Charlotte, NC 28202  
Address  
(704) 375-0057  
Telephone No.

---

x _____  
Signature of Petitioner or Representative (State title)  
National Gypsum Co.  
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
David Hoffmann  
2001 Rexford Rd.  
Charlotte, NC 28211

x _____  
Signature of Attorney     Date  
Shumaker, Loop & Kendrick, LLP  
Name of Attorney Firm (If any)  
128 S. Tryon St., Suite 1800, Charlotte, NC 28202  
Address  
(704) 375-0057  
Telephone No.

---

x _____  
Signature of Petitioner or Representative (State title)  

Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____  
Signature of Attorney     Date  
Name of Attorney Firm (If any)  
Address  
Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Humax Lumber, Inc. (address above) | Goods Sold | 59,168.22 |
| National Gypsum Co. (address above) | Goods Sold | 12,694.94 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: 392,048.07

___0___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                         Name of Debtor __Edward Hines Lumber__

                                                               Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____, President<br>Signature of Petitioner or Representative (State title)<br>Humax Lumber, Inc.<br>Name of Petitioner                    Date Signed | x _____      Date<br>Signature of Attorney<br>Shumaker, Loop & Kendrick, LLP<br>Name of Attorney Firm (If any)<br>128 S. Tryon St., Suite 1800, Charlotte, NC 28202<br>Address<br>(704) 375-0057<br>Telephone No. |
| Name & Mailing Address of Individual Signing in Representative Capacity: Robert Hoyt, 24490 S. Skylane Dr, Canby, OR 97013 | |
| x _David W Hoffman_, Credit Analyst<br>Signature of Petitioner or Representative (State title)<br>National Gypsum Co.         3/15/10<br>Name of Petitioner                    Date Signed | x _____  3/5/10<br>Signature of Attorney          Date<br>Shumaker, Loop & Kendrick, LLP<br>Name of Attorney Firm (If any)<br>128 S. Tryon St., Suite 1800, Charlotte, NC 28202<br>Address<br>(704) 375-0057<br>Telephone No. |
| Name & Mailing Address of Individual Signing in Representative Capacity: David Hoffmann, 2001 Rexford Rd, Charlotte, NC 28211 | |
| x _____<br>Signature of Petitioner or Representative (State title)<br>_____          _____<br>Name of Petitioner             Date Signed | x _____      Date<br>Signature of Attorney<br>_____<br>Name of Attorney Firm (If any)<br>_____<br>Address<br>_____<br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Humax Lumber, Inc. (address above) | Goods Sold | 59,168.22 |
| National Gypsum Co. (address above) | Goods Sold | 12,694.94 |
| | | |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims    392,048.07 |
|---|---|

__0__ continuation sheets attached